UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

HEATHER BROWN, *et al.*,

    Plaintiffs,

Case Nos. 3:20-cv-442
3:20-cv-460
3:20-cv-491
3:20-cv-507
3:20-cv-514
3:20-cv-525
3:21-cv-004
3:21-cv-087
3:21-cv-102
3:21-cv-111
3:21-cv-154

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

District Judge Michael J. Newman
Magistrate Judge Sharon L. Ovington

---

### ORDER VACATING REFERENCES OF THESE CASES TO THE ASSIGNED MAGISTRATE JUDGE

---

Upon review of the Court's docket, including the multitude of pending Social Security appeals and many other matters -- both civil and criminal -- referred to the United States Magistrate Judges in the Dayton seat of this Court, good cause exists to vacate the references to the Magistrate Judge in the above-numbered cases pursuant to 28 U.S.C. §636(c)(4) and Fed. R. Civ. P. 73(b)(3).

**IT IS SO ORDERED.**

December 9, 2021

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge